UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | CRIM. NO. 07-135 (JDB) |
| **THOMAS PETERSON** : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO FILE AN ADDITIONAL PRE-TRIAL MOTION**

Thomas Peterson, through undersigned counsel, and without opposition from the government, respectfully moves this Honorable Court for leave to late-file one additional pre trial motion in this case.

As grounds for this motion, undersigned counsel states:

1. This Court previously set August 2, 2007 as the deadline by when pretrial motions must be filed in the instant case. Mr. Peterson, through his counsel, has already timely filed four pretrial motions in this case.

2. Upon further review of Mr. Peterson's case, Mr. Peterson's counsel believes an additional pretrial motion should be filed on Mr. Peterson's behalf. Specifically, a motion to sever Count One from Count Two of the indictment should be made in this case.

3. Considering that the motions hearing in this case is scheduled for August 31, 2007, the government and the court will still have sufficient time within which to consider Mr. Peterson's additional motion. In fact, Mr. Peterson's counsel has advised the Assistant United States Attorney handling this case that the defense has no opposition to the government taking whatever time it needs in order to respond to the late-filed Motion to Sever.

**WHEREFORE,** for all the foregoing reasons, and for any other reasons this Court may deem just and proper, Thomas Peterson, through counsel, respectfully requests that this motion be granted and that this Court accepts and considers Mr. Peterson's late-filed Motion to Sever.

        Respectfully submitted,


        _____/s/_____
        Tony W. Miles
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Washington, D.C.  20004
        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CASE NO. 07-135 (JDB) |
| **THOMAS PETERSON** | : |

**O R D E R**

This matter having come before the Court on an Unopposed Motion For Extension of Time Within Which To File An Additional Pre-Trial Motion, and good cause having been shown, it is this _____ day of August, 2007

**HEREBY ORDERED** that the Motion is granted and Mr. Peterson is allowed to file his Motion to Sever by August 15, 2007.

                                                                                            _____
                                                                                            John D. Bates
                                                                                            United States District Court Judge

**Copies To:**

Precious Murchison, AUSA
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20001

Tony W. Miles, AFPD
Office of the Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C.  20004