UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-135 (JDB)** |
| | : | |
| v. | : | |
| | : | Motions Hearing: August 31, 2007 |
| **THOMAS PETERSON,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(A) for an enlargement of time in which to file its opposition to Defendant's motions to suppress evidence and motions to suppress statements in this case. As grounds for this motion, the government states as follows:

1. The Court issued a Motions Scheduling Order on July 20, 2007, directing the Defendant to file any motions no later than August 2, 2007, the government to file its response no later than August 16, 2007, and the Defendant to file any reply no later than August 27, 2007. An evidentiary motions hearing is scheduled for Friday, August 31, 2007.

2. Due to the press of other obligations, including administrative responsibilities and counsel's court and trial schedule, undersigned counsel is unable to prepare the government's response by August 16, 2007.

4. The government's response can be filed no later than August 17, 2007, one business day after it was originally due. Accordingly, the Defendant would not be prejudiced by the Government's late filing its response in this case.

5. Undersigned counsel is authorized to represent that defense counsel, Tony Miles, Esquire, does not oppose this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Motion for Enlargement of Time be granted and that the Court permit the government to file its response by close of business on August 17, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        /s/
        PRECIOUS MURCHISON
        Assistant United States Attorney
        Maryland Bar
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-6080
        Precious.Murchison@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-135 (JDB) |
| | : | |
| v. | : | |
| | : | Motions Hearing: August 31, 2007 |
| **THOMAS PETERSON,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of Time to file its response to Defendant's motions to suppress evidence and to suppress statements, the record herein, and for the reasons set forth in the Government's motion and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's response be filed no later than August 17, 2007.

_____            _____
DATE                                                    JOHN D. BATES
                                                              UNITED STATES DISTRICT JUDGE