UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-135 (JDB)** |
| | : | |
| v. | : | |
| | : | **Motions Hearing: August 31, 2007** |
| **THOMAS PETERSON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

UPON CONSIDERATION of the Defendant's Motions to Suppress Evidence and Statements, and the Government's Consolidated Opposition,, the record herein, and for the reasons set forth in the Government's Opposition and for good cause shown, it is

ORDERED, that the Defendant's Motion is DENIED.

_____        _____
DATE                                                     JOHN D. BATES
                                                                    UNITED STATES DISTRICT JUDGE