UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-135 (JDB) |
| | : | |
| v. | : | |
| | : | Motions Hearing: August 31, 2007 |
| **THOMAS PETERSON,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(B) for an enlargement of time in which to file its Opposition to Defendant's Motion and Incorporated Memorandum for Severance of Counts filed August 15, 1007, time for filing having expired. As grounds for this motion, the government states as follows:

1. The Court issued a Motions Scheduling Order on July 20, 2007, directing the Defendant to file any motions no later than August 2, 2007, the government to file its response no later than August 16, 2007, and the Defendant to file any reply no later than August 27, 2007. An evidentiary motions hearing is scheduled for Friday, August 31, 2007.

2. On August 2, 2007, the Defendant filed several motions to suppress statements and evidence and on August 15, 2007, the Defendant filed an Unopposed Motion for Extension of Time to file an additional pre-trial motion, which the Court granted. On August 15, 2007, the Defendant filed a Motion and Incorporated Memorandum for Severance of Counts.

3. Due to the press of other obligations, including administrative responsibilities and counsel's trial and court schedule, undersigned counsel was unable to timely prepare and file the government's Opposition to the Defendant's Motion to Sever. Last week, undersigned counsel was

in trial before Judge Kessler, and counsel is currently preparing for a trial that is scheduled to begin next week before this Court.

4. Undersigned counsel has informed counsel for the Defendant that the government anticipates filing an Opposition, and defense counsel has indicated that he has "no opposition to the government taking whatever time it needs in order to respond to the late-filed Motion to Sever." See Defendant's Unopposed Motion for Extension; ECF Document 15 at 1. Accordingly, the Defendant would not be prejudiced by the Government's late filing its Opposition in this case.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Motion for Enlargement of Time be granted and that the Court permit the Government to file its Opposition to Defendant's Motion to Sever by close of business on August 29, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

　　　　　　/s/
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6080
Precious.Murchison@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 07-135 (JDB) |
| | : | |
| v. | : | |
| | : | Motions Hearing: August 31, 2007 |
| **THOMAS PETERSON,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of Time to file its Opposition to Defendant's Motion to Sever, Time for Filing Having Expired, and the record herein, the Court finding that the government's failure to file its Opposition within the appropriate time period was because of excusable neglect on the part of the government, for the reasons set forth in the Government's motion, and for good cause shown, it is

ORDERED, that the Government's Motion is GRANTED, and it is

FURTHER ORDERED, that the Government's Opposition be filed no later than August 29, 2007.

_____            _____
DATE                                                   JOHN D. BATES
                                                              UNITED STATES DISTRICT JUDGE