UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-135 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **THOMAS PETERSON,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court pursuant to Fed. R. Crim. P. 45(b)(1)(B) for an enlargement of time in which to file its Supplemental Opposition to Defendant's Supplemental Motion to Suppress Statements, time for filing having expired. As grounds for this motion, the government states as follows:

1. At the conclusion of the evidentiary motions hearing on August 31, 2007, the Court directed the parties to file a supplemental brief addressing whether the statements elicited from the Defendant on April 25, 2007, during execution of a search warrant at his home, should be denied. The Court directed the parties to file said brief no later than Friday, September 7, 2007.

2. Due to the press of other obligations, including administrative responsibilities and counsel's court and trial schedule, undersigned counsel was unable to research and prepare the government's Supplemental Opposition by September 7, 2007. Undersigned counsel was in trial the week of September 3, 2007. Additionally, undersigned counsel had a number of court appearances on September 7, 2007, and did not return to the office until after the close of business on that date. Undersigned counsel apologizes to the Court for any inconvenience that the late filing of the government's Supplemental Opposition will cause.

3. The government's Supplemental Opposition can be filed no later than close of business on September 10, 2007, one business day after it was originally due. Accordingly, the Defendant would not be prejudiced by the Government's late filing its response in this case.

4. Undersigned counsel is authorized to represent that defense counsel, Tony Miles, Esquire, does not oppose this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Government's Motion for Enlargement of Time be granted and that the Court permit the government to file its response by close of business on September 10, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR  
        United States Attorney  
        D.C. Bar No. 498610

        _____/s/_____  
        PRECIOUS MURCHISON  
        Assistant United States Attorney  
        Maryland Bar  
        555 Fourth Street, N.W.  
        Washington, D.C. 20530  
        (202) 307-6080  
        Precious.Murchison@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-135 (JDB)** |
| | : | |
| v. | : | |
| | : | |
| **THOMAS PETERSON,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

UPON CONSIDERATION of the Government's Unopposed Motion For Enlargement of Time to file its Supplemental Opposition to Defendant's Motion to Suppress Statements, Time for Filing Having Expired, and the record herein, the Court finding that the Government's failure to file responsive pleadings within the time period directed by the Court was because of excusable neglect on the part of the Government, for the reasons set forth in the Government's motion, and for good cause shown, it is

ORDERED, that the Government's Motion is granted, and it is

FURTHER ORDERED, that the Government's responsive pleadings be filed on or before close of business on September 10, 2007.

Date:_____            _____

JOHN D. BATES
UNITED STATES DISTRICT JUDGE