HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 1 1 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-135-01</u> |
| | : | |
| vs. | : | |
| | : | |
| PETERSON, Jr., Thomas E. | : | Disclosure Date: <u>November 21, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(  )    There are no material/factual inaccuracies therein.
(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
**Prosecuting Attorney**                                                              **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ✓ )    There are no material/factual inaccuracies therein.
( ✓ )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

                                                                 _Tony W. Miller_  12/7/07

_____                                    _____
**Defendant          Date**                                              **Defense Counsel      Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **December 4, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Gennine A. Hagar, Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

**A. J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

2008 DEC 17 A 9: 11

U.S.
DISTRICT

December 7, 2007

**BY FAX (202) 273-0193**

Ms. Renee Moses-Gregory
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Thomas E. Peterson</u>, Cr. No. 07-135

Ms. Moses-Gregory:

Attached is the signed Receipt and Acknowledgment. The defense has found that the following factual/material inaccuracies exist in the pre-sentence report regarding the above mentioned case:

-On page 8, paragraph 35, the offense listed in this paragraph constitutes a sentence which shall not be counted for guideline purposes pursuant to U.S.S.G. § 4A1.2(c)(1) because the offense clearly falls within this guideline provision and the probationary sentence imposed was not "more than one year."

-On page 9, paragraph 36, the offense listed in this paragraph constitutes a sentence which shall not be counted for guideline purposes pursuant to U.S.S.G. § 4A1.2(c)(1) because the offense clearly falls within this guideline provision and, considering that the 30 day sentence which was imposed was a sentence to be served on work release in a halfway house, Mr. Peterson was not sentenced to "a term of **imprisonment** of at least thirty days" [emphasis added].

-On page 9, paragraph 37, the offense listed in this paragraph should receive one criminal history point (rather than 3) because the original sentence was a suspended probationary sentence (<u>see</u> U.S.S.G. §§ 4A1.1 (c) & 4A1.2(b)(2)) and the subsequent sentence imposed on September 14, 2007 as a result of a revocation of his probation was likely due conduct related to the instant offense (<u>see</u> U.S.S.G. § 4A1.2, Application Note 1).

-On page 17, paragraph 79, the report should note that Mr. Peterson does want treatment with respect to his marijuana use.

Thank you for your assistance.

Sincerely,

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA David Saybolt