UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | CR. NO. 07-135 (JDB) |
| THOMAS E. PETERSON, JR. | ) ) | |

**MOTION TO AMEND JUDGEMENT AND COMMITMENT ORDER**

Defendant, Thomas Peterson, through undersigned counsel, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 36, to amend the Judgement and Commitment Order which was filed on January 11, 2008.

On October 1, 2007, Mr. Peterson entered a guilty plea before this Court to unlawful possession with intent to distribute five grams or more of cocaine base. Mr. Thomas appeared before this Court on January 11, 2008 to be sentenced in connection with his guilty. On that day, this Court sentenced Mr. Peterson to One Hundred and Twenty (120) months of incarceration. At the time Mr. Peterson was sentenced by this Court, he was serving an eighteen months District of Columbia Superior Court sentence due to the revocation of his probation in connection with a prior conviction arising out of the Superior Court. The "Judgment in a Criminal Case" associated with the instant case is silent with regard to whether Mr. Thomas's 120 months sentence shall run consecutive or concurrent with his Superior Court Sentence.

Undersigned counsel has had recent discussions with employees within the Bureau of Prisons (BOP) regarding the BOP's policy concerning its interpretation of district court

Judgments which do not specify whether a sentence should be run concurrent or consecutive with any other sentence a defendant may be serving. The BOP advised the undersigned that the BOP will run a district court sentence consecutive with other sentences in instances when this issue is not specifically addressed in the Judgment.

In the event this court intended that Mr. Peterson's sentence was to run concurrent with his Superior Court sentence, Mr. Peterson respectfully requests that, pursuant to Rule 36, the Judgment in his case be amended to reflect that his sentence shall run concurrent with any other sentence.

                                              Respectfully submitted,

                                              A. J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                              _____/s/_____
                                              Tony W. Miles
                                              Assistant Federal Public Defender
                                              Counsel for Brian Koonce
                                              625 Indiana Avenue, N.W.
                                              Washington, D.C. 20004
                                              (202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>) CRIMINAL  NO. 07-135 (JDB)<br>THOMAS E. PETERSON, JR.   )<br>)<br>**Defendant.**   )<br>_____ ) | |

**ORDER**

Upon Defendant Thomas Peterson's Motion to Amend Judgment and Commitment Order, it is hereby

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that the Judgment in this case shall be amended to reflect that Thomas Peterson's One Hundred and Twenty Months sentence in this matter shall run concurrent to any other sentence be served by Mr. Peterson.

SO ORDERED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Dated: _____