UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 07-135 (JDB)** |
| v. | : | |
| | : | |
| **THOMAS PETERSON,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, now responds to defendant's motion to amend the judgment and commitment order in the instant case. Specifically, defendant now moves the Court to amend the judgment and commitment order to specify that defendant's sentence run concurrent to a pending sentence previously imposed by a judge in D.C. Superior Court.

The plea agreement between the parties is silent on the question of whether defendant's sentence in this case is to run consecutive or concurrent to defendant's previously-imposed sentence, and the undersigned assistant does not recall that issue being addressed at sentencing.

The United States does not, however, oppose defendant's motion given the unique facts of this case, specifically defendant's medical condition.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar 498-610

        /s/ David P. Saybolt
        David P. Saybolt
        Assistant United States Attorney
        Federal Major Crimes Section
        Virginia Bar #44518
        555 4th Street, N.W.
        Washington, DC 20530
        (202) 307-6080
        Fax: 353-9414
        David.Saybolt@usdoj.gov